ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Sgt. Christopher Donohue, Officer Duane Jensen,
and Officer John Newbold

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONELL GEROD BRYANT, | CASE NO. 2:16-cv-1172-GMN-PAL |
| Plaintiff, | **DEFENDANTS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DONELL GEROD BRYANT, AN INCARCERATED PERSON** |
| vs. | |
| OFFICER DONOHUE; OFFICER JENSEN; OFFICER JOHN DOE; OFFICER NEWBOLD; OFFICER JOHN DOE; SHERIFF LOMBARDO; LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, DSD; THE STATE OF NEVADA, EX REL, | |
| Defendants. | |

COMES NOW Defendants, Sergeant Christopher Donohue, Officer Duane Jensen, and Officer John Newbold ("Defendants"), by and through their attorneys, Robert W. Freeman, Esq., and Noel E. Eidsmore, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, and hereby move this honorable Court, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), for leave to take the deposition of Plaintiff Donell Gerod Bryant, currently incarcerated.

This motion is made based upon the pleadings and papers on file herein, the attached Points and Authorities, in conjunction with other such evidence and further authorities as this Court may require if a hearing is schedule for this matter.

## POINTS AND AUTHORITIES

**I.**   **The deposition of Plaintiff Donell Gerod Bryant, who is currently incarcerated at Southern Desert Correctional Center in Indian Springs, Nevada, is necessary to the preparation of the defense in this matter.**

Plaintiff has filed a Civil Rights Complaint against Defendants Donohue, Jensen and Newbold, alleging that while he was an inmate at the Clark County Detention Center he was subjected to an illegal search and sexual assault by the Defendants.

Donell Gerod Bryant is currently incarcerated at Southern Desert Correctional Center located in Indian Springs, Nevada. Federal Rule of Civil Procedure 30(a)(2)(B) provides that the deposition of a person confined in prison may only be taken by leave of court. Defendants submit that the testimony of Donell Gerod Bryant is necessary to the preparation of the defense in this matter and the only way his testimony can be preserved for trial is by taking his deposition.

**II.**   **Conclusion**

Due to the vital nature of Donell Gerod Bryant's testimony in this matter, and pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendants respectfully request that this Court issue an Order permitting Plaintiff Donell Gerod Bryant's deposition to go forward at the place of his incarceration.

DATED this 27th day of June, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Noel E. Eidsmore, Esq.
Nevada Bar No. 7688
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

**IT IS SO ORDERED** this 29th day of June, 2017.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27<u>th</u> day of June, 2017, I electronically filed the

**DEFENDANTS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DONELL**

**GEROD BRYANT, AN INCARCERATED PERSON** with the Clerk of the Court through the

Case Management/Electronic Filing System.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 27<u>th</u> day of June, 2017, I served a true and correct copy

of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO TAKE THE DEPOSITION**

**OF DONELL GEROD BRYANT, AN INCARCERATED PERSON** by depositing a copy of

same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Donell Gerod Bryant
# 67983
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, Nevada 89070
*Plaintiff in Proper Person*

/s/ Kristen Freeman
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4845-9429-8443.1                    3