ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Sgt. Christopher Donohue, Officer Duane Jensen,
and Officer John Newbold

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONELL GEROD BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER DONOHUE; OFFICER JENSEN; OFFICER JOHN DOE; OFFICER NEWBOLD; OFFICER JOHN DOE; SHERIFF LOMBARDO; LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, DSD; THE STATE OF NEVADA, EX REL,<br><br>Defendants. | CASE NO. 2:16-cv-1172-GMN-PAL<br><br>**MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**(SECOND REQUEST)** |

Defendants Sgt. Christopher Donohue, Officer Duane Jensen, and Officer John Newbold by and through their attorneys, Robert W. Freeman, Esq., and Noel E. Eidsmore, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, respectfully request this Court to issue an Order extending the deadlines to file dispositive motions in this case.

## **MEMORANDUM IN SUPPORT**

Pursuant to Local Rules (LR) 2604, LR6-1 and LR 26-1, CCDC Defendants, by and through their attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby moves that this Court to extend the deadline to file dispositive motions in the above-captioned case 45 days up to and

4840-1654-0760.1

1  including Monday, February 22, 2018.

2   Local Rule (LR) 2604 provides that applications to extend any date set by the discovery
3  plan, scheduling order or other order must, in addition to satisfying the requirements of LR6-1, be
4  supported by showing of good cause for the extension.

5   LR26-1 also requires that an application for the extension of a deadline must be received
6  by the court no later than 21 days before extension of the subject deadline.

7   LR6-1 provides the "(a) request made after the expiration of the specified period shall not
8  be granted unless the moving party, attorney or other person demonstrates the failure to act as a
9  result of excusable neglect."

10   In addition Defendants request that the pretrial motion deadline be extended for an
11  additional 45 days as outlined herein.  In support of this Motion Defendants state as follows:

12   All discovery in this matter has been completed and discovery is closed.

13   This Request for an extension of time is not sought for any improper purpose or other
14  purpose of delay.  This request for extension is based upon the following:

15   Counsel for Defendants has been occupied in preparing Motion for Summary Judgment in
16  *Terry Hollis v. NLVPD*, 2:16-cv-2663-JAD-GWF.  Counsel for Defendants has also been occupied
17  preparing briefs after three labor arbitration hearings involving numerous law enforcement
18  witnesses.

19  …
20  …
21  …
22  …
23  …
24  …
25  …
26  …
27  …
28  …

4840-1654-0760.1                                2

WHEREFORE, Defendants respectfully request that this Court extend the time for the parties to file their dispositive motions by forty-five (45) days from the current deadline of January 8, 2018 up to and including February 22, 2018.

DATED this 7th day of December, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Noel E. Eidsmore*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Noel E. Eidsmore, Esq.
Nevada Bar No. 7688
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

**IT IS SO ORDERED** this 15th day of December, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of December, 2017, I electronically filed the **MOTION TO EXTEND DISPOSITIVE MOTION DEADLINES (SECOND REQUEST)** with the Clerk of the Court through the Case Management/Electronic Filing System.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 7th day of December, 2017, I served a true and correct copy of the foregoing **MOTION TO EXTEND DISPOSITIVE MOTION DEADLINES (SECOND REQUEST)** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Donell Gerod Bryant
# 67983
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, Nevada 89070
*Plaintiff in Proper Person*

*/s/ Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4840-1654-0760.1

4