ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Sgt. Christopher Donohue, Officer Duane Jensen,
and Officer John Newbold

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONELL GEROD BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER DONOHUE; OFFICER JENSEN; OFFICER JOHN DOE; OFFICER NEWBOLD; OFFICER JOHN DOE; SHERIFF LOMBARDO; LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, DSD; THE STATE OF NEVADA, EX REL,<br><br>Defendants. | CASE NO. 2:16-cv-1172-GMN-PAL<br><br>**STATUS REPORT REGARDING SETTLEMENT AND REQUEST TO VACATE SETTLEMENT CONFERENCE** |

Defendants, Sgt. Christopher Donohue, Officer Duane Jensen and Officer John Newbold, of the Las Vegas Metropolitan Police Department, by and through their attorney of record, Robert W. Freeman, Jr., hereby submit this status report regarding the settlement reached with Plaintiff Donell Bryant.

Mr. Bryant is currently incarcerated at the Southern Desert Correctional Center. The parties have reached a settlement via telephone. The parties discussed the details of the settlement via telephone on January 10, 2019. Accordingly, defendants will prepare a settlement agreement and a stipulation to dismiss and mail the same to Mr. Bryant. Both Mr. Bryant and counsel for

4827-0012-1989.1

defendants will coordinate with the Nevada Department of Corrections to facilitate settlement. Thereafter, the stipulation to dismiss will be filed.

There is a Court Ordered Settlement Conference scheduled for January 18, 2019, at 9:30 a.m. The parties respectfully request that the Settlement Conference be VACATED.

DATED this 10th day of January, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

**IT IS ORDERED** that:

1. The settlement conference scheduled for January 18, 2019 at 9:30 a.m. is **VACATED**; and

2. The parties shall have until **February 18, 2019** to file a stipulation to dismiss.

Dated: January 11, 2019

Peggy A. Leen
United States Magistrate Judge

4827-0012-1989.1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of January, 2019, I electronically filed the **STATUS REPORT REGARDING SETTLEMENT AND REQUEST TO VACATE SETTLEMENT CONFERENCE** with the Clerk of the Court through the Case Management/Electronic Filing System.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 10th day of January, 2019, I served a true and correct copy of the foregoing **STATUS REPORT REGARDING SETTLEMENT AND REQUEST TO VACATE SETTLEMENT CONFERENCE** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Donell Gerod Bryant
# 0067983
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, Nevada 89070
*Plaintiff in Proper Person*

/s/ Kristen Freeman
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4827-0012-1989.1

3