ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Sgt. Christopher Donohue, Officer Duane Jensen,
and Officer John Newbold

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONELL GEROD BRYANT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OFFICER DONOHUE; OFFICER JENSEN; OFFICER JOHN DOE; OFFICER NEWBOLD; OFFICER JOHN DOE; SHERIFF LOMBARDO; LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, DSD; THE STATE OF NEVADA, EX REL,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-1172-GMN-PAL<br><br>**STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL** |

Defendants, Sgt. Christopher Donohue, Officer Duane Jensen and Officer John Newbold of the Las Vegas Metropolitan Police Department, by and through their attorneys, Robert W. Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, hereby submit this status report regarding settlement reached with Plaintiff Donell Bryant.

…

…

…

…

…

…

4816-5963-0472.1

Counsel for Defendants received the signed Settlement Agreement on February 8, 2019. Counsel for Defendants will coordinate the remaining settlement obligations with the Nevada Department of Corrections within the next 15 (fifteen) days.

DATED this 19th day of February, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

**IT IS ORDERED** that the parties shall have until March 8, 2019 to file their stipulation to dismiss with prejudice.

Dated: February 21, 2019

_____
Peggy A. Leen
United States Magistrate Judge

4816-5963-0472.1   2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of February, 2019, I electronically filed the **STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL** with the Clerk of the Court through the Case Management/Electronic Filing System.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 19th day of February, 2019, I served a true and correct copy of the foregoing **STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Donell Gerod Bryant
# 0067983
Southern Nevada Correctional Center
P.O. Box 208
Indian Springs, Nevada 89070
*Plaintiff in Proper Person*

/s/ *Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP