ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Sgt. Christopher Donohue, Officer Duane Jensen,
and Officer John Newbold

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONELL GEROD BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER DONOHUE; OFFICER JENSEN; OFFICER JOHN DOE; OFFICER NEWBOLD; OFFICER JOHN DOE; SHERIFF LOMBARDO; LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, DSD; THE STATE OF NEVADA, EX REL,<br><br>Defendants. | CASE NO. 2:16-cv-1172-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...

...

...

...

...

...

...

4852-4823-5653.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 1 day of March, 2019.

LEWIS BRISBOIS BISGAARD & SMITH

_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Sgt. Christopher Donohue, Officer Duane Jensen,
and Officer John Newbold

DATED this 17th day of January, 2019.

_____
DONELL GEROD BRYANT
# 0067983
Southern Nevada Desert Correctional Center
P.O. Box 208
Indian Springs, Nevada 89070
*Plaintiff in Proper Person*

## ORDER

IT IS SO ORDERED.

Dated this 14 day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

2